Opinion by OLIVER, J. In accordance with stipulation of counsel that the merchandise consists of lanterns similar in all material respects to those the subject of Abstract 68673, the claim of the plaintiff was sustained.

No. 69638.—Joseph A. Paredes and Luro Products Co., Inc. v. United States, protests 59/6439 and 59/13360 (San Francisco).

Opinion by OLIVER, J. In accordance with stipulation of counsel that the merchandise consists of electric motors similar in all material respect to those the subject of Abstract 66961, the claim of the plaintiffs was sustained.

No. 69639.—Ideal Toy Company et al. v. United States, protests 60/14892, etc. (New York).

Opinion by OLIVER, J. In accordance with stipulation of counsel that the merchandise consists of electric motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiffs was sustained.

No. 69640.—The Railway Supply & Mfg. Co. et al. v. United States, protests 63/7742, etc. (New York).

Opinion by OLIVER, J. In accordance with stipulation of counsel that the merchandise consists of electric motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiffs was sustained.

No. 69641.—Ideal Toy Company v. United States, protest 64/755 (San Francisco).

Opinion by OLIVER, J. In accordance with stipulation of counsel that the merchandise consists of electric motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiff was sustained.

No. 69642.—Williams & Rosenbaum, Inc. v. United States, protest 60/13517 (Boston).